UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Isaacs,

    Plaintiff,

        v.                              Case No.   1:12cv591

Commissioner of Social Security,           Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 12, 2013 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 20) in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 20) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 20) of the Magistrate Judge is hereby **ADOPTED.**  The decision by the Commissioner is **AFFIRMED** consistent with the Opinion by the Magistrate Judge.

**IT IS SO ORDERED.**

                                                          */s/ Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge